In the Matter of the Compensation of
Robert E. Buckles, Claimant.

Robert E. BUCKLES,
*Petitioner,*

*v.*

SAIF CORPORATION
and Building Codes Agency,
*Respondents.*

(WCB 91-03272; CA A76098)

874 P2d 114

Before Deits, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Reconsideration allowed; opinion withdrawn; reversed and remanded for reconsideration. *Meyers v. Darigold, Inc.,* 123 Or App 217, 861 P2d 352 (1993); *Jefferson v. Sam's Cafe,* 123 Or App 464, 861 P2d 359 (1993).